THE STATE EX REL. CARMONA, APPELLANT, *v.* PIETRYKOWSKI, CLERK OF COURTS, APPELLEE.

[Cite as *State ex rel. Carmona v. Pietrykowski* (1994), 69 Ohio St.3d 483.]

(No. 92–716—Submitted May 10, 1994—Decided June 22, 1994.)

---

*Jose Carmona, pro se.*

*Anthony G. Pizza,* Lucas County Prosecuting Attorney, and *Jeffery B. Johnston,* Assistant Prosecuting Attorney, for appellee.

---

The judgment of the court of appeals is affirmed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, F.E. SWEENEY and PFEIFER,, JJ., concur.

RESNICK, J., not participating.